```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0180--CV (RRB)
          "AK INS GUARANTY ASSOC V CAMBRIDGE INTEGRATED"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/01/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (2) Citizen of Another State

    Nature of Suit: (190) Other contract actions
                    ADJUSTMENT OF INSURANCE CLAIM
           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 08/01/05 receipt # 00126260
         Trial by: Jury
```

Parties of Record:                                    Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ALASKA INSURANCE GUARANTY ASSOC | Robert N. Windes<br>Moran Windes & Wong, PLLC<br>5608 17th Avenue Northwest<br>Seattle, WA 98107<br>206-788-3000<br>FAX 206-788-3001 |
| DEF 1.1 | CAMBRIDGE INTEGRATED SERVICES GROUP INC | Kenneth M. Gutsch<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501<br>907-276-5727<br>FAX 907-276-2953<br><br>J. Dino Vasquez<br>Bullivant Houser et al<br>1601 5th Avenue, Suite 2300<br>Seattle, WA 98101-1618<br>206-292-8930<br>FAX 206-386-5130<br><br>Scott M. Stickney<br>Bullivant Houser et al<br>1601 5th Avenue, Suite 2300<br>Seattle, WA 98101-1618<br>206-292-8930<br>FAX 206-386-5130 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0180--CV (RRB)
           "AK INS GUARANTY ASSOC V CAMBRIDGE INTEGRATED"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/01/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (2) Citizen of Another State

   Nature of Suit: (190) Other contract actions
                   ADJUSTMENT OF INSURANCE CLAIM
           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 08/01/05 receipt # 00126260
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/01/05 | DEF 1 Notice of Removal from Superior Court case no 3AN-05-09171CI w/att exhs. |
| 2 - 1 | 08/01/05 | DEF 1 Attorney Appearance of K. Gutsch. |
| 3 - 1 | 08/01/05 | DEF 1 Jury Demand. |
| 4 - 1 | 08/02/05 | RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to file w/crt w/i 10 days copies of state crt docs and svc list. cc: cnsl, R. Windes |
| 5 - 1 | 08/08/05 | DEF 1 Notice of compliance. |
| 5 - 2 | 08/08/05 | DEF 1 Service List. |
| 6 - 1 | 09/29/05 | DEF 1 Answer to Complaint. |
| 7 - 1 | 10/03/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 8 - 1 | 11/03/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 9 - 1 | 11/14/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 05/01/06; Dispositive motions deadline 06/02/06; Estimate of trial 7 days. cc: cnsl |