RECEIVED
FEB 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  ROBERT N. WINDES
   Moran Windes & Wong
2  5608 17th Avenue Northwest
   Seattle, Washington 98107
3  Phone:     206-788-3000
   Facsimile: 206-788-3001
4  E-Mail: robert@mwwlaw.net

5  Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA
### AT ANCHORAGE

| | |
|---|---|
| ALASKA INSURANCE GUARANTY ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE INTEGRATED SERVICES GROUP, INC.,<br><br>Defendant. | No. A05-0180CV (RRB) TMB |

### MOTION FOR STIPULATED ORDER EXTENDING EXPERT WITNESS DEADLINE

Plaintiff Alaska Insurance Guaranty Association ("AIGA"), and defendant Cambridge Integrated Services Group, Inc. ("Cambridge") come before this Court and respectfully request that it grant the attached Stipulated Order Extending Expert Witness deadline. The parties have stipulated that the deadline for expert witness disclosure pursuant to Rule 26(a)(2) be extended

MOTION FOR STIPULATED ORDER
EXTENDING EXPERT WITNESS
DEADLINE
*AIGA v. Cambridge*
No. A05-0180CV (RRB) – Page 1 of 3



ORIGINAL

MORAN WINDES & WONG
5608 17th AVENUE NORTHWEST
SEATTLE, WASHINGTON 98107
(206) 788-3000  FAX (206) 788-3001

1 from February 3, 2006, as noted on the Scheduling & Planning Order, until
2 February 17, 2006.

3
4

5 DATED this _31_ day of _January_ 2006.

6
7

MORAN WINDES & WONG, PLLC

8
9 _____
ROBERT N. WINDES, ABA #0506046
Attorneys for Plaintiff

10
11
12 BULLIVANT HOUSER BAILEY

13
14 _____
J. Dino Vasquez, ABA # 0111083
Attorneys for Defendant

15
16
17
18
19
20
21
22
23

MOTION FOR STIPULATED ORDER
EXTENDING EXPERT WITNESS
DEADLINE
*AIGA v. Cambridge*
No. A05-0180CV (RRB) – Page 2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, The undersigned certifies that on this day he/she caused to be served in the manner noted below, a copy of the document to which this certificate is attached on the following individual(s):

Via Regular Mail
Kenneth M. Gutsch
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501-2038
Telephone: 907-276-5727
Facsimile: 907-276-2953

Via Regular Mail
Scott M. Stickney
J. Dino Vasquez
Bullivant Houser Bailey
1601 Fifth Avenue, Suite 2400
Seattle, Washington 98101-1618
Telephone: 206-292-8930
Facsimile: 206-386-5130

I certify under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct this 31st day of January 2006.

_Laura K. Criss_
Laura K. Criss
Signed at Seattle, Washington

MORAN WINDES & WONG
5608 17th AVENUE NORTHWEST
SEATTLE, WASHINGTON 98107
(206) 788-3000   FAX (206) 788-3001

MOTION FOR STIPULATED ORDER
EXTENDING EXPERT WITNESS
DEADLINE
*AIGA v. Cambridge*
No. A05-0180CV (RRB) – Page 3 of 3