ROBERT N. WINDES
Moran Windes & Wong
5608 17th Avenue Northwest
Seattle, Washington 98107
Phone:    206-788-3000
Facsimile: 206-788-3001
E-Mail: robert@mwwlaw.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### AT ANCHORAGE

| | |
|---|---|
| ALASKA INSURANCE GUARANTY ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE INTEGRATED SERVICES GROUP, INC.,<br><br>Defendant. | No. A05-0180CV (RRB) TMB |

### STIPULATED ORDER EXTENDING EXPERT WITNESS DEADLINE

Based upon the Stipulation of the parties, the Court ORDERS as follows:

1.  The deadline for expert witness disclosures in accordance with Rule 26(a)(2) is extended from February 3, 2006, as noted on the Scheduling & Planning Order, until February 17, 2006.

\\\

\\\

STIPULATED ORDER EXTENDING
EXPERT WITNESS DEADLINE
*AIGA v. Cambridge*
No. A05-0180CV (RRB) – Page 1 of 2



DATED this _____ day of _____ 2006.

_____
The Honorable Ralph R. Beistline

Presented by:

MORAN WINDES & WONG, PLLC

*/s/ Robert N. Windes*

Robert N. Windes, ASBA # 0506046
Attorney for Plaintiff
MORAN WINDES & WONG, PLLC
5608 17th Avenue Northwest
Seattle, Washington 98107
Telephone: 206.788.3000
Facsimile: 206.788.3001
E-mail: robert@mwwlaw.net

Approved as to Form; Notice of Presentation Waived:

BULLIVANT HOUSER BAILEY PC

*/s/ Robert N. Windes per*

Scott M. Stickney
J. Dino Vasquez
Bullivant Houser Bailey
1601 Fifth Avenue, Suite 2400
Seattle, Washington 98101-1618
Telephone: 206-292-8930
Facsimile: 206-386-5130

RICHMOND & QUINN

*/s/ Robert N. Windes per*

Kenneth M. Gutsch
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501-2038
Telephone: 907-276-5727
Facsimile: 907-276-2953

STIPULATED ORDER EXTENDING
EXPERT WITNESS DEADLINE
*AIGA v. Cambridge*
No. A05-0180CV (RRB) – Page 2 of 2