Scott M. Stickney,
Alaska Bar No. 0304031
J. Dino Vasquez
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Phone:    206-292-8930
Fax:      206-386-5130

Robert L. Richmond,
Alaska Bar No. 7011069
Richmond & Quinn
360 K Street, Ste. 200
Anchorage, AK  99501-2038
Phone:  907 276-5727
Fax:  907-276-2953

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INSURANCE GUARANTY ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAMBRIDGE INTEGRATED SERVICES GROUP, INC.,<br><br>　　　　　Defendant. | Case No. A05-0180CV |

STIPULATION TO AMEND DISCOVERY DEADLINES
PENDING MEDIATION

Come now, the parties, and give notice of a mediation for May 9, 2006 before Judge Brian Shortell.  To minimize litigation expenses that could be saved by resolution of the case, the parties request the court amend the discovery deadlines so expert reports and lay witness lists be due on

1 | May 29, 2006; and close of discovery be continued until July
2 | 12, 2006.

3     DATED this 28th day of March, 2006.

4                    BULLIVANT, HOUSER, BAILEY PC

6           By:      s/J. Dino Vasquez
                 Scott M. Stickney
7                SBN #0304031
                 J. DINO VASQUEZ
8                SBN #0111083

9     RICHMOND & QUINN

11          By:      s/ Robert L. Richmond
                 ROBERT L. RICHMOND
12               SBN # 7011069

13    Attorneys for Defendant Cambridge
      Integrated Services Group, Inc.

14    MORAN WINDES & WONG

16          By: /s Robert N. Windes per email
17        confirmation
                 ROBERT N. Windes
18               SBN # 0506046
      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

1

2     I hereby certify that on March 28, 2006, I electronically filed the foregoing with the Clerk of the Court

3 using the CM/ECF system which will send notification of such filing to the persons listed below:

4 Robert L. Richmond                  Robert N. Windes
   Kenneth M Gutsch                 Moran Windes & Wong
5 Richmond & Quinn, PC             5608 17th Ave. NW
   360 K St., Ste 200                  Seattle, WA 98107
6 Anchorage, AK 99701

7                             _____
                             Kimberly A. Fergin
8

9 3484804.1

10

11

STIPULATION TO AMEND DISCOVERY DEADLINES PENDING MEDIATION      Page 3      Bullivant|Houser|Bailey PC

Scott M. Stickney,
Alaska Bar No. 0304031
J. Dino Vasquez
Alaska Bar No. 0111083
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Phone:    206-292-8930
Fax:      206-386-5130

Robert L. Richmond,
Alaska Bar No. 7011069
Richmond & Quinn
360 K Street, Ste. 200
Anchorage, AK  99501-2038
Phone:  907 276-5727
Fax:    907-276-2953

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INSURANCE GUARANTY ASSOCIATION,<br><br>            Plaintiff,<br><br>    v.<br><br>CAMBRIDGE INTEGRATED SERVICES GROUP, INC.,<br><br>            Defendant. | Case No. A05-0180CV<br><br>**Clerk's Action Required** |

PROPOSED ORDER AMENDING DISCOVERY DEADLINES
PENDING MEDIATION

Pursuant to the stipulation of parties, it is hereby ordered:

The Court amends the discovery deadlines as follows:

1)   Expert reports and lay witness lists are now due May 29, 2006;

1  2) Discovery cutoff is now July 12, 2006.

2  DATED this ____ day of March, 2006.

_____
The Honorable Timothy M. Burgess

3486052.1