MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Alaska Ins. Guar. Assoc. v. Cambridge Integrated Servs. Group, Inc.*
Case No. 3:05-cv-0180-TMB

By:               THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER FROM CHAMBERS

The parties have filed a stipulation to amend discovery deadlines. Docket No. 13. Amendment is sought because the parties are scheduled to begin mediation before the Honorable Brian Shortell on May 9, 2006.

**IT IS THEREFORE ORDERED:**
The stipulation at **Docket No. 13** is **GRANTED**. Expert reports and witness lists are due on May 29, 2006. Discovery shall close on July 12, 2006.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 29, 2006