Kenneth M. Gutsch, ASBA 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail:  kgutsch@richmondquinn.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HEIDI JURISCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FKA DISTRIBUTING CO., d/b/a ) <br> HOMEDICS, INC.; KROGER CO., ) <br> d/b/a FRED MEYER and/or FRED ) <br> MEYER STORES, INC.; and WAL- ) <br> MART STORES, INC., d/b/a WAL- ) <br> MART, ) <br> ) <br> Defendants. ) | Case No. 3:06-cv-00127 (TMB) |

### JOINDER IN REMOVAL

COMES NOW, Kroger Co. d/b/a Fred Meyer and/or Fred Meyer Stores, Inc., by and through its attorneys Richmond & Quinn, and hereby join in Wal-Mart Stores, Inc., d/b/a Wal-Mart's removal to federal court.

Dated this 23th day of June, 2006, at Anchorage, Alaska.

>RICHMOND & QUINN
>Attorneys for Defendant
>FKA DISTRIBUTING CO. d/b/a
>HOMEDICS, INC.
>
>/s/Kenneth M. Gutsch

By: _____
Kenneth M. Gutsch
PH:  (907) 276-5727
FAX: (907) 276-2953
E-mail: kgutsch@richmondquinn.com
Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 23th day of June, 2006, to:

Howard J. Meyer, Jr., P.C.
P.O. Box 100119
Anchorage, AK 99510-0119


/s/Kenneth M. Gutsch
_____
      RICHMOND & QUINN
2222\001\Pld\Notice of Removal – FEDERAL 02

NOTICE OF REMOVAL

Jurisch v. Homedics, etc., et al., CASE NO. 3:06-cv-00127-TMB
PAGE 2