Scott M. Stickey (Alaska Bar No. 0304031)
J. Dino Vasquez (Alaska Bar No. 0111083)
Bullivant Houser Bailey
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
PH:  (206) 292-8930
FAX: (206) 386-5130

Kenneth M. Gutsch (Alaska Bar No. 8811186)
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INSURANCE GUARANTY ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> CAMBRIDGE INTEGRATED SERVICES GROUP, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. A05-0180CV (RRB) |

**NOTICE OF SETTLEMENT**

      COMES NOW defendant Cambridge Integrated Services Group, Inc., and hereby notifies the Court that the parties have settled and are in the process of working out the language in the release and settlement agreement.

Dated this ____ day of June, 2006, at Anchorage, Alaska.

           RICHMOND & QUINN
           Attorneys for Defendant
           Cambridge Integrated Services
           Group, Inc.

           s/

By: _____
           Kenneth M. Gutsch
           Richmond & Quinn, PC
           360 "K" Street, Suite 200
           Anchorage, Alaska 99501
           PH: (907) 276-5727
           FAX: (907) 276-2953
           kgutsch@richmondquinn.com
           Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this _____ day of June, 2006 on:

Robert N. Windes
Moran Windes & Wong
5608 17th Avenue Northwest
Seattle, WA 98107

Scott M. Stickney
J. Dino Vasquez
Bullivant Houser Bailey
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618

s/
_____
   RICHMOND & QUINN
2134\003\Pld\Notice of Settlement

NOTICE OF SETTLEMENT

Alaska Insurance Guaranty Association v. Cambridge Integrated Services Group, Inc., CASE NO.
PAGE 2