UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALASKA INSURANCE GUARANTY ASSOCIATION   v.   CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

THE HONORABLE TIMOTHY M. BURGESS

D<small>EPUTY</small> C<small>LERK</small>                                    CASE NO.  3:05-cv-00180-TMB

 Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 29, 2006

  It has come to the attention of the court by communication from one or more of the parties that this case may have been settled.  If a settlement has been reached, counsel will please submit appropriate closing papers within thirty (30) days from the date of this order or, in the alternative, counsel for plaintiff shall, within said thirty-day period, report the status of the case to the court.

  If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

  The trial date, if any trial date has been set, is hereby vacated, and all pending motions are denied as moot with leave to renew if the case is not dismissed.

[]{IL2.WPD*Rev.12/96}