ROBERT N. WINDES
Moran Windes & Wong
5608 17th Avenue Northwest
Seattle, Washington 98107
Phone:    206-788-3000
Facsimile:  206-788-3001
E-Mail: robert@mwwlaw.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| ALASKA INSURANCE GUARANTY ASSOCIATION,<br><br>                Plaintiff,<br>       v.<br><br>CAMBRIDGE INTEGRATED SERVICES GROUP, INC.,<br><br>                Defendant. | No. A05-0180CV (RRB) |

## STIPULATION FOR ORDER OF DISMISSAL

COME NOW the parties, by and through counsel, and hereby stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and fees.

DATED this 30th day of June 2006.

| | |
|---|---|
| MORAN WINDES & WONG, PLLC<br>/s/Robert N. Windes<br>Robert N. Windes, ASBA # 0506046<br>MORAN WINDES & WONG, PLLC<br>5608 17th Avenue Northwest<br>Seattle, Washington 98107<br>206.788.3000 / Fax:  206.788.3001 | BULLIVANT HOUSER BAILEY PC<br>/s/ Dino Vasquez<br>J. Dino Vasquez<br>Bullivant Houser Bailey<br>1601 Fifth Avenue, Suite 2400<br>Seattle, Washington 98101-1618<br>206-292-8930 / Fax: 206-386-5130 |

STIPULATED ORDER OF DISMISSAL
*AIGA v. Cambridge*
No. A05-0180CV (RRB) – Page 1 of 2

1  RICHMOND & QUINN
   */s/ Kenneth M. Gutsch*
2  Kenneth M. Gutsch
   Richmond & Quinn
3  360 K Street, Suite 200
   Anchorage, Alaska 99501-2038
4  907-276-5727 / Fax: 907-276-2953

5  **ORDER**

6      Based upon the Stipulation of the parties, the Court ORDERS as follows:

7      1.   The above-referenced matter is hereby dismissed with prejudice

8  and without fees or costs to any party.

9      DATED this _____ day of _____ 2006.

10

11                                              _____
                                                The Honorable Ralph R. Beistline
   Presented by:
12
   MORAN WINDES & WONG, PLLC
13 */s/Robert N. Windes*
   Robert N. Windes, ASBA # 0506046
14 MORAN WINDES & WONG, PLLC
   5608 17th Avenue Northwest
15 Seattle, Washington 98107
   206.788.3000 / Fax:  206.788.3001
16
   BULLIVANT HOUSER BAILEY PC
17 */s/ Dino Vasquez*
   J. Dino Vasquez
18 Bullivant Houser Bailey
   1601 Fifth Avenue, Suite 2400
19 Seattle, Washington 98101-1618
   206-292-8930 / Fax: 206-386-5130
20
   RICHMOND & QUINN
21 */s/ Kenneth M. Gutsch*
   Kenneth M. Gutsch
22 Richmond & Quinn
   360 K Street, Suite 200
23 Anchorage, Alaska 99501-2038
   907-276-5727 / Fax: 907-276-2953

STIPULATED ORDER OF DISMISSAL
*AIGA v. Cambridge*
No. A05-0180CV (RRB) – Page 2 of 2

MORAN WINDES & WONG
5608 17th AVENUE NORTHWEST
SEATTLE, WASHINGTON 98107
(206) 788-3000   FAX (206) 788-3001